In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-17-00256-CV

**IN THE ESTATE OF ALMA S. MARTIN**

On Appeal from the County Court at Law
Polk County, Texas
Trial Cause No. 09783

## MEMORANDUM OPINION

The appellants, Neal Eichelman, as Independent Administrator of the Estate of Alma S. Martin, Jessie Eichelman, and Phillip Joseph Eichelman, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on August 2, 2017
Opinion Delivered August 3, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.